UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEEL GALBREATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00853-JPH-TAB |
| | ) | |
| MARCHAL W. HELEN, | ) | |
| RYAN MEARS, | ) | |
| KATE SWEENEY BELL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE**

The Court screened Mr. Galbreath's original complaint and dismissed it because it failed to state a claim and because each defendant enjoys immunity from suit. Dkt. 6. Mr. Galbreath then filed an amended complaint. Dkt. 7. It alleges the following: "all parties actions as government officials" exceeded "their authority acting outside [their] bounds of their lawful authority"; civil rights violations; failure to protect him from harm; "deprivation of rights color of law"; breach of fiduciary duty; and "testilying." *Id.* at 5.

However, these allegations do not present a "story that holds together" about what any of the defendants did, *McCauley v. City of Chicago*, 671 F.3d 611, 616 (7th Cir. 2011), so the amended complaint must be dismissed for failure to state a claim, *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). And as the Court's initial screening order discussed, each defendant is entitled to immunity from suit. Dkt. 6 at 3–4. None of the allegations in Mr. Galbreath's amended complaint compel a different conclusion.

Mr. Galbreath's claims are therefore **DISMISSED with prejudice**. Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 6/25/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEEL GALBREATH
2863 East Raymond St.
Indianapolis, IN 46203